# EXHIBIT B

# IN THE COURT OF COMMON PLEAS
## PORTAGE COUNTY, OHIO

| | |
|---|---|
| STEPHEN CANAN, | ) CASE NO. 2020CV00603 |
| Plaintiff, | ) |
| | ) **NOTICE OF FILING OF REMOVAL** |
| vs. | ) |
| COURTAD-DALTON, LLC, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT OF COMMON PLEAS, PORTAGE COUNTY:

PLEASE TAKE NOTICE that on November 2, 2020, Defendant Courtad-Dalton, LLC removed this case to the United States District Court for the Northern District of Ohio. A copy of the Notice of Removal is attached hereto as **Exhibit A** along with all corresponding exhibit(s). Please take further notice that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, the filing of the Notice of Removal removes this action to the United States District Court, and this Court may "proceed no further unless and until the case is remanded."

Respectfully submitted,

*s/ Robert A. Zimmerman*
Robert A. Zimmerman (0055478)
Richard Hepp (0090448)
**BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  rzimmerman@beneschlaw.com
           rhepp@beneschlaw.com

*Attorneys for Defendant Courtad-Dalton, LLC*

13926047 v1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 2nd day of November, 2020, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

          /s/ Robert A. Zimmerman
Robert A. Zimmerman (0055478)
*One of the Attorneys for Defendant*
*Courtad-Dalton, LLC.*