Attachment #1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) | CASE NO. |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Judge John R. Adams |
|  | ) |  |
|  | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
| Defendant. | ) | P. 26(f) AND LR 16.3(b)(3) |

1.      Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on

_____ and was attended by:

_____ counsel for plaintiff(s)          _____

_____ counsel for plaintiff(s)          _____

_____ counsel for defendant(s)          _____

_____ counsel for defendant(s)          _____

2.      The parties:

__      have not been required to make initial disclosures.

__      have exchanged the pre-discovery disclosures required by Fed. R. Civ. P.

26(a)(1) and the Court's prior order.

1

3.      The parties recommend the following track:

___      Expedited              ___      Standard

___      Administrative         ___      Complex

___      Mass Tort

4.      This case is suitable for one or more of the following Alternative Dispute
Resolution ("ADR") mechanisms:

     ___      Early Neutral Evaluation

     ___      Mediation

     ___      Arbitration

     ___      Summary Jury Trial

     ___      Summary Bench Trial

     ___      Case not suitable for ADR

5.      The parties ____do/____do not consent to the jurisdiction of the United
States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6.      Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and
extent of discovery.

_____

_____

_____

_____

_____

(b) Discovery cut-off date: _____

7.       Recommended dispositive motion date: _____

8.       Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9.       Recommended date for a Status Hearing: _____

10.     Other matters for the attention of the Court:

_____

_____

_____

_____

_____

Attorney for Plaintiff(s) _____

_____

3

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____

4